**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| John K. Fitting | | |
| Andrea C. Fitting | | |
| | : | |
| Debtor | | |
| | : | |
| | : | Bankruptcy No.  22-12794-amc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 10/19/2022 and 11/3/22, this case is hereby DISMISSED.

Dated: November 14, 2022

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:   Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2

bfmisdoc elf (1/22/15)